IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A., | : | Case No. 1:22-cv-714 |
| Plaintiff, | : | |
| | : | Judge Matthew W. McFarland |
| v. | : | |
| GEORGIA NOBLE, *et al.*, | : | |
| Defendants. | : | |

## ENTRY AND ORDER ADOPTING ORDER AND REPORT AND RECOMMENDATION (Doc. 5)

The Court has reviewed the Order and Report and Recommendations of United States Magistrate Judge Karen L. Litkovitz (Doc. 5), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendations in its entirety. Accordingly, the Court **ORDERS** the following:

1. Defendant Nicole Hatton's petition for removal of a state court action to this Court is **DENIED**;

2. Defendant Hatton's Motion to Obtain Electronic Filing Rights is **DENIED as moot**;

3. This matter is **TERMINATED** from the Court's docket;

4. This matter is **REMANDED** to the Court of Common Pleas in Hamilton County,

Ohio; and

5. It is **CERTIFIED**, pursuant to 28 U.S.C. § 1915(a), that, for the reasons outlined in the Report and Recommendation (Doc. 5), an appeal of this Order would not be taken in good faith. Therefore, Defendant Hatton is **DENIED** leave to appeal *in forma pauperis*. Defendant Hatton is hereby **ADVISED** that she remains free to apply to proceed *in forma pauperis* in the Court of Appeals. *See Callihan v. Schneider*, 178, F.3d 800, 803 (6th Cir. 199), overruling in part F*loyd v. United States Postal Serv.*, 105 F.3d 274, 277 (6th Cir. 1997).

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND